■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PAUL TAYLOR, SR., Respondent.

Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.